1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

7  TERRELL BLAND,                        Case No. 19-cv-02273-YGR (PR)

             Petitioner,

8                                        **JUDGMENT**

       v.

9

10  PEOPLE OF THE STATE OF
    CALIFORNIA,

11            Respondent.

12         For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

13         IT IS ORDERED AND ADJUDGED

14         That Petitioner take nothing, that the action be dismissed in accordance with the Court's

15  Order, and that each party bear its own costs of action.

16         IT IS SO ORDERED.

17  Dated: July 26, 2019

18  _____
    YVONNE GONZALEZ ROGERS

19  United States District Court Judge

20
21
22
23
24
25
26
27
28