UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRELL BLAND,
        Petitioner,

v.

PATRICK COVELLO, Acting Warden,[1]
        Respondent.

Case No. 19-cv-02273-YGR (PR)

**ORDER REOPENING ACTION**

On July 26, 2019, this federal habeas corpus action was dismissed because Petitioner failed to perfect his application to proceed *in forma pauperis* or pay the $5.00 filing fee. Dkt. 7. Petitioner has since paid the full filing fee. Dkt. 10.

For the reasons above, the action is REOPENED. The Clerk of the Court is directed to modify the docket accordingly. The judgment and the order of dismissal are VACATED. Dkts. 7, 8.

The petition will be reviewed in a separate written Order.

IT IS SO ORDERED.

Dated: August 7, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

---

[1] Patrick Covello, the current acting warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.