UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRELL BLAND,

          Petitioner,

   v.

MARCUS POLLARD, Acting Warden,

          Respondent.

Case No. 19-cv-02273-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: September 14, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge